■ In the Matter of MORTIMER WARFMAN, a Disbarred Attorney. [620 NYS2d 938] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only insofar as to refer this matter to the Departmen-

tal Disciplinary Committee for the First Judicial Department for a hearing as indicated. No opinion. Concur—Murphy, P. J., Sullivan, Ellerin, Ross and Nardelli, JJ.